# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| SAM CARLISLE, | ) |
| Plaintiff, | ) Case No. 1:21-cv-00965-MN |
| v. | ) |
| W. R. GRACE & CO., HUDSON LA FORCE, MARK E. TOMKINS, ROBERT F. CUMMINGS, JR., DIANE H. GULYAS, HENRY R. SLACK, JULIE FASONE HOLDER, CHRISTOPHER J. STEFFEN, and SHLOMO YANAI, | ) JURY TRIAL DEMANDED |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: September 22, 2021

**LONG LAW, LLC**

By: */s/ Brian D. Long*
Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*